_____
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  SACV 15-01023-JLS (JC)                              Date:  September 15, 2015
Title:  Maura Montes v. Chipotle Services, LLC, et al.

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Nancy Boehme | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (In Chambers) **ORDER TO SHOW CAUSE ("OSC") AND ORDER VACATING SCHEDULING CONFERENCE**

On June 30, 2015, the Court set a scheduling conference for September 18, 2015, and ordered counsel to file their Joint 26(f) Report in advance of the scheduling conference.  (*See* Doc. 19.)  In the Order Setting Scheduling Conference, the Court expressly cautioned counsel that **"[a] proposed Scheduling Order without a fully completed Exhibit A will be rejected by the Court and may subject the parties to sanctions."**  (*Id.* at 2, emphasis in the original.)  The Joint Rule 26(f) Report filed by the parties did not include an Exhibit A.[1]  (Doc. 14.)

Accordingly, no later than September 18, 2015, counsel shall file an Amended Joint Rule 26(f) Report with a fully completed Exhibit A.  Failure to do so may result in the imposition of monetary or other sanctions.  (*See* Fed. R. Civ. P. 16(f).)

The Court VACATES the Scheduling Conference.

**IT IS SO ORDERED.**

Initials of Preparer:  nkb

---

[1] The Joint Rule 26(f) Report filed by the parties set forth a number of agreed-upon dates; however, the parties did not address all the deadlines specified in the Court's Exhibit A.

_____
**CIVIL MINUTES – GENERAL**                                                                                           **1**